**Order entered January 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00982-CV**

**JOHNNY AGUINAGA AND DFW PROJECTS, LLC, Appellants**

**V.**

**JAT PROJECTS HOLDINGS TEXAS, LLC, AND**
**JAT REAL PROPERTY HOLDINGS TEXAS, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

**ORDER**

By order dated October 18, 2021, we granted appellants' counsel's motion to withdraw and directed appellant DFW Projects, LLC to notify this Court, within thirty days, of the name, State Bar number, address, and telephone number of new counsel. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (corporations may appear in court and be represented only by licensed attorney). We cautioned DFW Projects, LLC that failure to provide this notification by the date requested would

result in an order dismissing it as a party to this appeal.  To date, DFW Projects, LLC has not complied.  Accordingly, we dismiss DFW Projects, LLC as a party to this appeal.  We **DIRECT** the Clerk of this Court to remove DFW Projects, LLC from the style of this case.

This appeal will be submitted in due course.


/s/ ROBERT D. BURNS, III
CHIEF JUSTICE